# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2019

158301

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

MARK GOTTLEBER and ROSE GOTTLEBER,
      Plaintiffs-Appellees,

v

COUNTY OF SAGINAW,
      Defendant-Appellant.

SC: 158301
COA: 336011
Bay CC: 12-003406-CZ

_____/

On order of the Court, the application for leave to appeal the June 12, 2018 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration of an argument made by the defendant but not directly addressed by that court during its initial review of this case regarding whether the defendant had a legal duty or obligation to continue pumping and draining water on its land in order to sustain a particular groundwater level for the benefit of the plaintiffs' property. If it is determined on remand that the defendant owed no such duty or obligation, the Court of Appeals should also consider whether the defendant "abused its legitimate powers" when it took "affirmative actions" in the absence of any duty or obligation that potentially were "directly aimed at the plaintiff[s'] property." See *Marilyn Froling Revocable Living Trust v Bloomfield Hills Country Club,* 283 Mich App 264, 295 (2009). In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2019



Clerk

p0520